UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RANGEL, | ) | Case No. CV 13-2789 GW(JC) |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| M.D. BITER, | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| Respondent. | ) ) | JUDGE |
| _____ | ) | |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), respondent's Motion to Dismiss the Petition, petitioner's opposition thereto, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and "Petitioner's Reply to Respondents [sic] Answer" which the Court construes to be petitioner's Objections to the Report and Recommendation ("Objections").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

1    IT IS ORDERED that, as the Petition is "mixed," and as petitioner has not
2 timely amended the Petition to delete his unexhausted claims – Grounds Two
3 through Four – the Motion to Dismiss is granted to the extent it seeks dismissal of
4 the Petition as "mixed," the Petition and this action are dismissed without
5 prejudice and Judgment is to be entered accordingly.

6    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
7 Judgment and the Report and Recommendation on petitioner and on counsel for
8 respondent.

9    IT IS SO ORDERED.
10   DATED:  December 8, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE