UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RANGEL, | ) Case No. CV 13-2789 GW(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| M.D. BITER, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: December 8, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE