# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RANGEL,<br><br>        Petitioner,<br><br>     v.<br><br>M. D. BITER,<br><br>        Respondent. | Case No. CV 13-2789 GW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: January 4, 2021

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE